1

2

3

4

5

6

7                                          UNITED STATES DISTRICT COURT

8                                        EASTERN DISTRICT OF CALIFORNIA

9

10     DEANDRE SILAS,                                    No.  1:23-cv-00669-KES-BAM (PC)

11               Plaintiff,                              ORDER RESCHEDULING SETTLEMENT
                                                         CONFERENCE FROM AUGUST 13, 2024 TO
12          v.                                           **AUGUST 6, 2024**

13     BARBOSA,                                          (ECF No. 29)

14               Defendant.

15

16          This case is currently set for a settlement conference on August 13, 2024, at 9:30 a.m.

17     before the undersigned.

18          Due to a conflict in the Court's schedule, the settlement conference is HEREBY

19     RESCHEDULED from August 13, 2024 to **August 6, 2024, at 9:30 a.m.** before the undersigned

20     via Zoom videoconference.  The parties confidential settlement conference statements shall arrive

21     no later than **July 30, 2024**.  All other provisions of the Court's April 22, 2024 order remain in

22     effect.

23

24     IT IS SO ORDERED.

25     Dated:  __**May 31, 2024**__                      _____

26                                                       UNITED STATES MAGISTRATE JUDGE

27

28

                                                       1