# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE SILAS,<br><br>                     Plaintiff,<br><br>         v.<br><br>BARBOSA,<br><br>                     Defendant. | Case No.  1:23-cv-00669-KES-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE PLAINTIFF'S MAILING ADDRESS<br><br>ORDER DIRECTING DEFENDANT TO ARRANGE FOR PLAINTIFF'S PARTICIPATION AT VIDEO SETTLEMENT CONFERENCE |

Plaintiff DeAndre Silas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for a video settlement conference on August 6, 2024, at 9:30 a.m. before Magistrate Judge Stanley A. Boone.

On July 8, 2024, the Court issued an order and writ of *habeas corpus ad testificandum* to produce Plaintiff for the video settlement conference.  (ECF No. 31.)  The Court received information that Plaintiff is currently housed at California Men's Colony, and is no longer housed at California State Prison – Sacramento.  A review of CDCR's inmate locator website as of the date of this order also indicates that Plaintiff is currently housed at California Men's Colony.[1]

---

[1] The Court may take judicial notice of public information stored on the CDCR inmate locator website.  *See In re Yahoo Mail Litig.*, 7 F.Supp.3d 1016, 1024 (N.D. Cal. 2014) (court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); *Louis v. McCormick & Schmick Restaurant Corp.*, 460 F.Supp.2d 1153, 1155 n.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).

1 | Based on this information, the Court finds it appropriate to update Plaintiff's mailing address to California Men's Colony in San Luis Obispo, California. The Court further finds it appropriate to direct defense counsel to make any necessary arrangements for Plaintiff's participation in the video settlement conference from Plaintiff's new institution.

<u>Plaintiff is further reminded that he must keep the Court and opposing parties informed of his correct current mailing address</u>. Local Rule 182(f).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update Plaintiff's mailing address to California Men's Colony; and
2. Counsel for Defendant shall contact the Litigation Coordinator at Plaintiff's current institution to ensure that the institution can accommodate Plaintiff's Zoom video appearance on August 6, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **July 9, 2024**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2