# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE SILAS,<br><br>             Plaintiff,<br><br>      v.<br><br>BARBOSA,<br><br>             Defendant. | Case No.: 1:23-cv-00669-KES-BAM (PC)<br><br>ORDER THAT INMATE DEANDRE SILAS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff DeAndre Silas is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on August 6, 2024.  Inmate DeAndre Silas, CDCR #AU-2605, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 6, 2024**

_____
UNITED STATES MAGISTRATE JUDGE