# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE SILAS,<br><br>      Plaintiff,<br><br>  v.<br><br>BARBOSA,<br><br>      Defendant. | Case No. 1:23-cv-00669-KES-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>**THIRTY DAY DEADLINE** |

The Court conducted a settlement conference in this action on August 6, 2024, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **thirty (30)** days of entry of this order.

IT IS SO ORDERED.

Dated: __**August 6, 2024**__

                                                UNITED STATES MAGISTRATE JUDGE